UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
FLORIDA PENSICOLA DIVISION

SEAN IRA NESBITT,
FDOC INMATE # E33247,
PLAINTIFF,

V.S

D. DANIO, et al.,
DEFENDANTS.


PROVIDED TO
SANTA ROSA CI ON
JUN 28 2022
FOR MAILING BY

Case NO.: 3:22cv5435/LAC/ZCB

## OBJECTION TO RECOMENDATION

I SEAN Ira Nesbitt is an Inmate proceeding pro se and in forma Pauperis in a civil rights action under 42 U.S.C §1983.¹ And After reviewing My Complaint, the Court is recomending this case be dismissed without Prejudice under 28 U.S.C § 1915A(b)(1) For Abuse of Judicial Process.

The Eleventh Circuit has held that My Complaint be dismissed without Prejudice as Malicious and abuse of process when a prisoner misrepresents his litigation history on a complaint Form. Where I Failed to Identify two Prior federal lawsuits).

My Arguments here are the facts that cannot be proven I Sean Ira Nesbitt does not have two Prior litigations filed in the federal court as to Section VIII of the Complaint stating (Doc 1 at 8-11) which is inccorrect and According to Public Access to Court Electronic Records (PACER), Plaintiff Commenced Nesbitt vs Varnum, et al., 2:19cv14107-RLR, on March 21 2019 in the U.S District Court of the Southern District of Florida

Which I did commenced However I was never giving any legal Notification or documents stating that this matter has been recieved By the Southern District of Florida I Never recieved any document from the Correctional Institution From the Southern District of Florida informing me that my Complaint has been recieved reviewed and Filed by the Southern District of Florida.

Upon waitin For a responce from the Southern District of Southern Florida The Correctional Institution never put me on any call out For legal Mail I Never Signed any legal documents from the institution to prove that I did recieve this legal document from the Southern District of Florida Therefore, to my knowledge the lawsuit was never properly Filed in the Courts And iF it did get Filed and have I had Signed and recieved proper documents I would have Checked yes in Section C of the litigation form.

For proof please know that the institution has a log of inmates who signs and recieves such propper notice of legal matters which will support my argument I did not at no time have knowledge of a case that was filed but I did send of the documents an never Heard From the Courts which lead me to think they were not recieved and Filed. This Case Should NOT be dismissed an Should be heard an if dismissed it will be with prejudice and a Violation of my Due Process For Civil Suit Case # (2:19cv14D7-RLR And For Case NO 3:22cv5435/LAC/ZCB please make a Just determination on this matter and Continue with these Cases.

Sean Ira Nesbitt #E33247
Santa Rosa Correctional Institution
5850 EAST Milton Road
Milton, Fl 32583

United States District Court
1 North Palafox Street
Pensacola, FL 32502







MAILED FROM A STATE CORRECTIONAL INSTITUTION