UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SEAN IRA NESBITT,
    Plaintiff,

vs.                                    Case No.:  3:22cv5435/LAC/ZCB

D. DANIO, et al.,
    Defendants.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on June 17, 2022 (Doc. 8).  The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file Objections pursuant to Title 28, United States Code, Section 636(b)(1).  Plaintiff filed an Objection (Doc. 9), and I have made a *de novo* review of that Objection along with the Report.  Based upon the information and explanation provided by the plaintiff, the Court finds that this case should not be dismissed on the basis provided by the Report and Recommendation.

Accordingly, it is **ORDERED**:

1.    The Court declines to adopt the magistrate judge's Report and Recommendation (Doc. 8).

2. This action is referred back to the magistrate judge for further proceedings consistent with this opinion.

**ORDERED** on this 7th day of July, 2022.

s/*L.A. Collier*  
Lacey A. Collier  
Senior United States District Judge