

PROVIDED TO
SANTA ROSA CI ON
SEP 01 2022
FOR MAILING BY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Pensacola Division,

Inmate ID Number: E33247,

Sean Ira Nesbitt,

*(Write the full name and inmate ID number of the Plaintiff.)*

v.

LT. D. Danio,
LT. P. Spaziante,
SgT. J. Roberts;

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No.: 3:22cv5435/LAC/ZCB
*(To be filled in by the Clerk's Office)*

Jury Trial Requested?
☑ YES  ☐ NO

First Amended Complaint

FILED USDC FLND PN
SEP 6 '22 PM3:50

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Sean Ira Nesbitt     ID Number: E33247

List all other names by which you have been known: _____

Current Institution: Santa Rosa Correctional Institution

Address: 5850 East Milton Road, Milton, Florida 32583

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: D. Danio

   Official Position: Lieutenant

   Employed at: Okaloosa Correctional Institution

   Mailing Address: 3189 Colonel Greg Malloy Road, Crestview Fl, 32539

   ☑ Sued in Individual Capacity     ☐ Sued in Official Capacity

2. Defendant's Name: P. Spaziante

   Official Position: Lieutenant

   Employed at: Okaloosa Correctional Institution

   Mailing Address: 3189 Colonel Greg Malloy Road
   Crestview, Fl 32539

   ☑ Sued in Individual Capacity    ☐ Sued in Official Capacity

3. Defendant's Name: J. Roberts

   Official Position: Sergeant

   Employed at: Okaloosa Correctional Institution

   Mailing Address: 3189 Colonel Greg Malloy Road
   Crestview, Fl 32539

   ☑ Sued in Individual Capacity    ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against *(check all that apply)*:

*Errof SN*
☒ Federal Officials *(Bivens case)*    ☑ State/Local Officials *(§ 1983 case)*

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☐ Pretrial Detainee            ☐ Civilly Committed Detainee

☑ Convicted State Prisoner     ☐ Convicted Federal Prisoner

☐ Immigration Detainee         ☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached. *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

① ON July 1, 2021, Plaintiff Sean Ira Nesbitt was an Inmate at Okaloosa Correctional Institution housed in K dorm. ON this particular day, Defendant(s) Lieutenant D. Danio, Lieutenant P. Spaziante, and Sergeant J. Roberts beat Nesbitt while he was in Handcuffs, waist Chain, And leg Shackles. As A Result of the Attack, Plaintiff was Seriously Injured.

② Prior to July 1, 2021, Plaintiff Nesbitt was in Good Health. Nesbitt did not have any tooth problems Nor chipped tooth.

③ ON the aboved date, Sergeant Roberts came to K-dorm and awoked Nesbitt out of his Sleep. Sergeant Roberts then said to Nesbitt to come and follow me. Nesbitt Followed Sergeant Roberts to the Captains office. Upon Arrival, Lieutenant Danio placed Handcuffs, waist Chains, and leg Shackles on Nesbitt. Lieutenant Danio then accused Nesbitt of disrespecting a female officer by exposing Himself to her. Nesbitt responded by saying "I did nothing wrong" Lieutenant Danio

got Angry After Hearing Nesbitt's Response. Lieutenant Danio then grabbed Nesbitt's Head and Pushed his Forehead against the glass window. This Unnecessary force Caused the glass window to Shatter. Once the glass window Shattered, Lieutenant Danio Slammed Nesbitt to the Concrete Floor while he was in Hand Cuffs, WaistChains, And leg Shackles. As Nesbitt lay on the Concrete floor, Lieutenant Danio grabbed Nesbitt's Right wrist and Bent it way back while Saying "Get the Fuck up." Nesbitt Complied by Standing to his Feet. Lieutenant Spaziante immediatly Slammed Nesbitt back to the Concrete floor for no reason at all.

④ Lieutenant Danio, Lieutenant Spaziante, and Sergeant Roberts began punching and kicking Nesbitt in the head, face, ribs, legs, and other parts of his Body while he was in handcuffs, waistChains, leg shackles, and was not disobeying any Verbal orders nor resisting nor struggling.

⑤ Lieutenant Danio, Lieutenant Spaziante, and Sergeant Roberts Continued to Beat Nesbitt while he Screamed "Psycological Emergency". The unnecessary force eventually Ceased against Nesbitt. Once the force Ceased, Sergeant Roberts Stuck his finger into Nesbitt's left eye. Sergeant Roberts then tried to pull Nesbitt's left eye ball out which Caused him severe pain. Sergeant Roberts then stopped and Placed his foot against Nesbitt's neck. Nesbitt was eventually placed in a van and transported to Okaloosa Main Unit where he was denied Medical Attention.

⑥ As a Result of the Attack, Plaintiff suffered injuries to his forehead, Left eye, Mouth, Right Shoulder, Right Ankle, Left Rib, Right wrist, and Back Causing him excruciating pain. Plaintiff also had swelling to forehead and left eye area including a Black eye and had laceration to upper top lip and knot on left Side Rib area. Plaintiff front tooth was also Chipped as well.

⑦ Since the incident sued upon, the Plaintiff's forehead begined to swell more which turned into a Permanent knot. Plaintiff also have a permanent knot on left Side Rib Area. Additionally, plaintiff has been suffering from Blurry Vision As well.

6

⑧ Plaintiff's eye got infected. Defendants caused this. A Medical Doctor prescribed Plaintiff Erytahromycine and eye drops to treat infection.

⑨ From July 1, 2021 to the present, Plaintiff has suffered from Emotional distress and terrifying "Flash Backs" and "WightMares" from the physical abuse defendants subjected him to.

7

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section IV. If more than one Defendant is named, indicate which claim is presented against which Defendant. ①. Defendants Lieutenant Spaziant, Lieutenant Danio, and Sergeant Roberts In using excessive force against Plaintiff in violation of the Eight Amendment to U.S Constitutions Prohibits excessive Force And Cruel and Unusual Punishment.

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims. ① Declaration that Defendants Violated Plaintiff Rights, Compensatory Damages And Punitive Damages and Nominal Damages Against Each of the Defendants Herein, A Trial by Jury on all issues so triable, And Any Additional Relief this Court Deem Just, Proper And Equitable.

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act . . . ." 42 U.S.C. § 1997e(e).*

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII. PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES  ☐ NO   → Plaintiff has previously filed a lawsuit, But he does not know if the lawsuit counted as a Strike Against Him. Plaintiff Never recieved a Court order Stating that So he Cannot give a yes or No Answer.

If you answered yes, identify the case number, date of dismissal and court:

1. Date: March 01, 2019    Case #: 2:19cv14107-RLR

   Court: _____

2. Date: _____ Case #: _____

   Court: _____

3. Date: _____ Case #: _____

   Court: _____

   *(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either ***state or federal court*** dealing with the same facts or issue involved in this case?

   ☐ YES ☐ NO

   If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

   1. Case #:_____ Parties: _____

NDFL Pro Se 14 (Rev 12/16) Civil Rights Complaint Prisoner
ClerkAdmin/Official/Forms

10

  Court:_____Judge: _____

  Date Filed:_____Dismissal Date *(if not pending)*: _____

  Reason: _____

 2. Case #:_____Parties: _____

  Court:_____Judge: _____

  Date Filed:_____Dismissal Date *(if not pending)*: _____

  Reason: _____

C. Have you filed any other lawsuit in federal court either challenging your conviction or otherwise relating to the conditions of your confinement?

 ☐ YES  ☐ NO

If you answered yes, identify all lawsuits:

 1. Case #:_____Parties: _____

  Court:_____Judge: _____

  Date Filed:_____Dismissal Date *(if not pending)*: _____

  Reason: _____

 2. Case #:_____Parties: _____

  Court:_____Judge: _____

  Date Filed:_____Dismissal Date *(if not pending)*: _____

  Reason: _____

 3. Case #:_____ Parties: _____

    Court:_____Judge: _____

    Date Filed:_____Dismissal Date *(if not pending)*: _____

    Reason: _____

4. Case #:_____Parties: _____

    Court:_____Judge: _____

    Date Filed:_____Dismissal Date *(if not pending)*: _____

    Reason: _____

5. Case #:_____Parties: _____

    Court:_____Judge: _____

    Date Filed:_____Dismissal Date *(if not pending)*: _____

    Reason: _____

6. Case #:_____Parties: _____

    Court:_____Judge: _____

    Date Filed:_____Dismissal Date *(if not pending)*: _____

    Reason: _____

*(Attach additional pages as necessary to list all cases. **Failure to disclose all prior cases may result in the dismissal of this case.**)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: _____ Plaintiff's Signature: _____

Printed Name of Plaintiff: Sean Ira Nesbitt

Correctional Institution: Santa Rosa Correctional Institution

Address: 5850 East Milton Road, Milton, Fl 32583

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☑ delivered to prison officials for mailing or ☐ deposited in**

the prison's mail system for mailing on the __1__ day of __September__, 20 __22__.

Signature of Incarcerated Plaintiff: _____

## OATH

I Declare under Penalty of perjury that I HAVE Read the foregoing And Facts Stated herein are true And Correct pursuant to 28 U.S.C 1746. Executed on this __1__ Day of __September__ 2022

SEAN NESbitt DC#E33247