UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SEAN IRA NESBITT,
    Plaintiff,

v.                                          Case No.: 3:22cv54350/LAC/ZCB

LT. DANIO, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on July 31, 2023. (Doc. 41). The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 41) is adopted and incorporated by reference in this order.

2. Defendants' Motion for Summary Judgment, (Doc. 37), is **DENIED**.

3. This case is recommitted to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 28th day of August, 2023.

                                                                                 s/*L.A. Collier*
                                                     **LACEY A. COLLIER**
                                                     **SENIOR UNITED STATES DISTRICT JUDGE**